# Exhibit 2

**CLASSIFIED DECLARATION OF**

~~SECRET//NOFORN~~



## DEFENSE INTELLIGENCE AGENCY

November 10, 2022

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed this 10 day of November 2022 in Washington, D.C.

~~(U)~~ **Background Declaration on al-Qa'ida**

1.     ~~(U//FOUO)~~

2.     ~~(S//NF)~~

~~(U)~~ **History and Goals**

3.     ~~(U)~~ In 1988, Usama bin Ladin established al-Qa'ida in secret to unite Arabs who fought against the Soviet Union in Afghanistan. The organization helped finance, recruit, transport, and train extremists for the Afghan resistance. Bin Ladin's overall goal from al-Qa'ida's founding was to reestablish the Islamic caliphate, unified by a common militant Salafist ideology rooted in a violent rejection of apostasy and characterized by fervent opposition to Western influence in historically Islamic countries. Al-Qa'ida still seeks to expel U.S. and other Western influence from Muslim lands, defeat existing and burgeoning regimes it considers to be apostate, unite the Ummah (Muslim community), and garner Muslim popular support while pursuing future attacks against the United States and its worldwide interests.

Committed to Excellence in Defense of the Nation

Classified by: 142651
Derived from: Multiple Sources
Declassify on: 50X1 HUM

~~SECRET//NOFORN~~

UNCLASSIFIED//FOR PUBLIC RELEASE

SECRET//NOFORN

(U) Organization and Leadership

4.      (U) Counterterrorism efforts removed several of al-Qa'ida's senior leaders from the battlespace; however, the group's global enterprise probably will continue to focus more on regional priorities than on attacks in the West.  Al-Qa'ida probably will operate largely as a collection of semiautonomous affiliates bound by elements of a common ideology, but most remain capable of threatening regional Western interests.

- (U//FOUO) ██████████████████████████████████████████

- ██████████████████████████████████████████

- (S//NF) ████████████████████████████████████████

- (S//NF) █████████████████████████████████████████

(U) Affiliates

5.      (S//NF) ███████████████████████████████████████████

- (U) Al-Qa'ida in the Indian Subcontinent (AQIS) is an affiliate primarily based in Afghanistan, Pakistan, India, and Bangladesh.  The future of AQIS in Afghanistan probably is on a downward trajectory due to Taliban restrictions rendering the group operationally dormant.

2

SECRET//NOFORN

~~SECRET//NOFORN~~

- ~~(S//NF)~~ █████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

- ~~(S//REL TO~~ ████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

- ~~(U)~~ Al-Qa'ida in the Islamic Maghreb (AQIM) is an al-Qa'ida affiliate that operates
throughout North and West Africa, as well as the Littorals (that is, nearby or surrounding
countries bordering the sea). AQIM derives from a militant Islamist group that formed in
Algeria in 1998, and changed its name and pledged its allegiance to al-Qa'ida in 2007.
AQIM probably will continue to look for opportunities to threaten US and regional Western
interests.

  - ~~(S//REL TO~~ ██████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████

- ~~(S//NF)~~ ████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

6. ~~(U//FOUO)~~ ███████████████████████████████████
██████████████████████████████████████████████

3

~~SECRET//NOFORN~~

▬▬▬▬

███████████████████████████████████████

## (U) Notable Attacks

7.    (U) Al-Qa'ida's most notable terrorist attacks against the United States and the West
were the 1998 bombings of the U.S. embassies in Nairobi, Kenya, and Dar es Salaam, Tanzania;
the October 2000 attack on USS *Cole* in Aden, Yemen; the 11 September 2001 attacks on the
World Trade Center and Pentagon; the July 2005 attacks on the London transportation system;
the 2015 attack on the Paris office of *Charlie Hebdo* magazine; and the 2019 shooting at the
Naval Air Station in Pensacola, Florida.

## (U) Recruitment and Media

8.    (U//FOUO) Al-Qa'ida relies on the Internet and media to maintain its global influence,
bolster recruitment, and decentralize its activities.  The group's organic media units produce
digital media in multiple languages to promote the al-Qa'ida brand and call on global followers
to perpetrate violent acts against the West.  Al-Qa'ida media products enable al-Qa'ida senior
leaders in hiding to preserve the group's longevity by communicating its ideology to the next
generation of Sunni jihadist militants.  Information technology and social media provide al-
Qa'ida with a low-risk, low-cost means to achieve its agenda.

- (U) In mid-August 2021, al-Qa'ida's affiliates in the Sahel, Somalia, and Yemen issued
  media statements celebrating the Taliban's takeover in Afghanistan and predicting similar
  triumphs in their own areas of operation.

- (S//NF)


- (U) Notable attacks in the United States that were inspired by al-Qa'ida media or
  communication with al-Qa'ida members include the 2009 shooting at Fort Hood and the
  2013 Boston Marathon bombing.

- (U//FOUO)


9.    (U) Al-Qa'ida prefers to grow its ranks by having regional affiliates pledge allegiance to
al-Qa'ida senior leaders. Regional affiliates adopt varying strategies to recruit new members and
integrate with the local populace to garner additional support.

SECRET//NOFORN

SECRET//NOFORN

- (U//FOUO) Personal relationships and face-to-face interaction continue to play a central role in al-Qa'ida recruitment efforts. Islamic schools, mosques, prisons, and refugee camps are fertile ground for recruiting new militants.

- (U//FOUO) Al-Shabaab uses coercion, negotiation, and indoctrination to recruit youths from sympathetic mosques and Somali clans within the group's safe haven. The group also uses its robust media apparatus to recruit foreign fighters from neighboring countries.

- (U//FOUO) The group exploits themes that resonate in southern Yemen, such as an anti-Huthi agenda and the unpopularity of counterterrorism strikes.

**(U) Former GTMO Detainees' Reengagement in Terrorist or Insurgent Activity**

10.  (U//FOUO)



- (U) After his 2007 transfer, Saudi former GTMO detainee Saeed al-Shihri rose to be the deputy leader of AQAP before being killed in a U.S. strike in 2013.

- (U) Moroccan former GTMO detainee Ibrahim bin Shakaran founded the al-Qa'ida–affiliated group Harakat Sham al-Islam in Syria after his 2004 transfer, before his death in 2014.

- (U) Sudanese former GTMO detainee Ibrahim Ahmed Mahmoud al-Qosi rejoined al-Qa'ida after his transfer in 2012 and appeared in AQAP media in 2015. Qosi is now an AQAP Shura member, and probably will remain a prominent AQAP media figure.

