IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TOFIQ NASSER AWAD AL-BIHANI<br><br>*Petitioner*,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>*Respondents*. | Case No. 1:22-cv-02845 (RBW) |

**RESPONDENTS' NOTICE OF FILING
OF CLASSIFIED DECLARATIONS**

Respondents hereby provide notice that today, in support of their prior briefing (ECF No. 10) in response to Petitioner's Petitioner for a Writ of Habeas Corpus (ECF No. 1), Respondents filed with the Classified Information Security Officer classified declarations from Fred Kacher, Rear Admiral, United States Navy, serving as the Vice Director of Operations for the Joint Chiefs of Staff at the Pentagon, and from a senior defense intelligence analyst for counter-terrorism for the Defense Intelligence Agency within the Department of Defense, along with an accompanying classified notice. Public, redacted versions of these Declarations were filed as Exhibits 1 and 2 in support of Respondents' Return to Petition for Writ of Habeas Corpus, *see* ECF Nos. 10-1, 10-2.

//

//

//

//

//

Dated: January 12, 2023               Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General

ALEXANDER K. HAAS
Branch Director

TERRY M. HENRY
Assistant Branch Director

s/*Alexander N. Ely*
ALEXANDER N. ELY
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW, Washington, DC 20005
Tel: (202) 993-5177; Fax: (202) 616-8470
alexander.n.ely@usdoj.gov

*Counsel for Respondents*

## CERTIFICATE OF SERVICE

I certify that on January 12, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent e-mail notification of such filing to all CM/ECF participants.

/s/ Alexander N. Ely
Alexander N. Ely

*Counsel for Respondents*